# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. PEDRO SANCHEZ                                      Docket No. 3:03CR00217(PCD)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Charmaine R. Harkins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of PEDRO SANCHEZ who was sentenced to 30 months' incarceration for a violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), Knowing and Intentional Possession of Heroin with Intent to Distribute, by the Honorable Peter C. Dorsey, Senior U.S. District Judge, sitting in the court at New Haven, Connecticut on April 1, 2004, who fixed the period of supervision at three years which commenced on September 9, 2005, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1) The defendant shall obtain a psychiatric and/or psychological evaluation and/or inpatient/outpatient counseling as approved by the U.S. Probation Office; 2) The defendant shall submit to random urine testing and monitoring as approved by the U.S. Probation Office and shall obtain substance abuse treatment and/or inpatient/outpatient counseling as approved by the U.S. Probation Office. The defendant shall pay some or all of the costs of substance abuse and/or mental health treatment on a pro rated basis as approved by the U.S. Probation Office; 3) The defendant shall receive educational and/or vocational training as approved by the U.S. Probation Office; 4) The defendant shall obtain and maintain full employment; 5) The defendant shall have no involvement with nor be in the presence of any gambling; and 6) The defendant shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he be in the presence of any actual usage of, dealing in or distribution of drugs of any nature.

Mr. Sanchez' period of supervision is scheduled to terminate on September 8, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1 - Standard Condition: "The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month." Mr. Sanchez was directed to report for office visits and failed to report on June 22, June 23, July 13 and July 19, 2006. An appointment notice was mailed to Mr. Sanchez on July 7, 2006. He has not responded to telephone messages or written instructions to report to the Probation Office. He is considered an absconder at this time.

Charge No. 2 - Standard Condition: "You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician." Mr. Sanchez has tested positive for marijuana on two occasions: January 31, and February 13, 2006. Additionally, on June 16, 2006, Mr. Sanchez reported to the U.S. Probation Office for a random urinalysis. He rendered a positive specimen for PCP and marijuana. Additionally, on June 23 and July 13, 2006, Mr. Sanchez failed to report to the Probation Office for a random urinalysis.

Continued on page 2

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 26TH day of July 2006 and ordered filed and made a part of the records in the above case.

_____
The Honorable Alfred V. Covello
Senior United States District Judge

Sworn to By
_____
Charmaine R. Harkins
United States Probation Officer

Place Hartford, Connecticut

Date July 26, 2006

Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this 26TH day of July 2006 at HARTFORD U.S. Probation Officer Charmaine R. Harkins appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Alfred V. Covello
Senior United States District Judge

Charge No. 3 - Special Condition: "The defendant is required to participate in a substance abuse program approved by the probation officer." Mr. Sanchez was referred to Wheeler Clinic in Hartford, Connecticut, for a mental health intake assessment on October 6, 2005, to determine his need for mental health and/or substance abuse counseling. He was subsequently enrolled in the Relapse Prevention Program on November 14, 2005. Due to two positive urinalysis tests and several un-excused absences in treatment group, he was referred to individual treatment on May 3, 2006. He was also instructed to go to Wheeler Clinic on June 16, 2006 to re-establish a treatment appointment with his clinician. Mr. Sanchez failed to report to Wheeler Clinic as instructed and failed to participate in treatment in accordance with the treatment plan. He was terminated from treatment on June 28, 2006.

Charge No. 4 - Standard Condition: "You shall notify the probation officer ten days prior to any change in residence or employment." During a routine telephone call to the offender's employment site on June 13, 2006, his supervisor informed the Probation Officer that Mr. Sanchez was no longer employed by Mega Wraps due to his absenteeism. He was terminated on June 12, 2006. Mr. Sanchez failed to notify the probation officer of his change of employment status. Additionally, Mr. Sanchez failed to notify the probation officer that he moved from Manchester to Hartford, Connecticut on June 22, 2006. He informed the probation officer of this move on June 26, 2006.