# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. PEDRO SANCHEZ　　　　　　　　　　　　　　　　　　Docket No. 3:03CR00217(PCD)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW,** Michael P. Rafferty, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Pedro Sanchez who was sentenced to 30 months' incarceration to be followed by 3 years' supervised release by the Honorable Peter C. Dorsey, Senior U.S. District Judge, sitting in the Court in New Haven, Connecticut, on September 9, 2005, and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special conditions and terms as follows: 1) The defendant shall obtain a psychiatric and/or psychological evaluation and/or inpatient/outpatient counseling as approved by the U.S. Probation Office; 2) The defendant shall submit to random urine testing and monitoring as approved by the U.S. Probation Office and shall obtain substance abuse treatment and/or inpatient/outpatient counseling as approved by the U.S. Probation Office. The defendant shall pay some or all of the cost of substance abuse and/or mental health treatment on a pro rated basis as approved by the U.S. Probation Office; 3) The defendant shall receive educational and/or vocational training as approved by the U.S. Probation Office; 4) The defendant shall obtain and maintain full employment; 5) The defendant shall have no involvement with nor be in the presence of any gambling; and, 6) The defendant shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he be in the presence of any actual usage of, dealing in or distribution of drugs of any nature.

Mr. Sanchez' period of supervision is scheduled to terminate on December 7, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS**

**Charge No. 1 - Mandatory Condition:** "The defendant must report to the probation office in the district to which the defendant is released with 72 hours of release from the custody of the Bureau of Prisons." Mr. Sanchez was released from custody on December 8, 2006. He did not report or contact the Probation Office until January 9, 2007.

**Charge No. 2 - Standard Condition:** "You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician." Mr. Sanchez has tested positive for marijuana on four occasions between January 10 and February 14, 2007. Results received from the testing lab on the final three tests provided nanogram levels reflecting ongoing use.

**Charge No. 3 - Standard Condition:** "The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons." Mr. Sanchez has not been employed since his release on December 8, 2006.

**Charge No. 4 - Special Condition:** "The defendant shall reside for a period of 6 months, to commence immediately following release from imprisonment in a community confinement center, and shall observe the rules of that facility." Mr. Sanchez failed to report for his halfway house placement on two separate occasions after being instructed to do so.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Pedro Sanchez to appear before this Court at New Haven, Connecticut on March 22nd, 2007 at 9:00 am to show cause why supervision should not be revoked.

**ORDER OF COURT**　　　　　　　　　　　　　　　Sworn to By

Considered and ordered this　12TH　　　　　　　_Michael P. Rafferty_ (signature)
day of MARCH, 2007 and ordered filed and made　　Michael P. Rafferty
a part of the records in the above case.　　　　　United States Probation Officer

　　　　　　　　　　　　　　　　　　　　　　　　Place　　HARTFORD, CONNECTICUT
The Honorable Alfred V. Covello
Senior United States District Judge　　　　　　　Date　　MARCH 12, 2007

Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this 12TH day of March 2007 at New Haven, Connecticut, U.S. Probation Officer Michael P. Rafferty appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Alfred V. Covello
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge