# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. PEDRO SANCHEZ                                                    Docket No. 3:03CR00217(PCD)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW,** Steven J. Lambert, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Pedro Sanchez who was sentenced to 30 months' incarceration to be followed by 3 years' supervised release by the Honorable Peter C. Dorsey, Senior U.S. District Judge, sitting in the Court in New Haven, Connecticut, on September 9, 2005, and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special conditions and terms as follows: 1)The defendant shall obtain a psychiatric and/or psychological evaluation and/or inpatient/outpatient counseling as approved by the U.S. Probation Office; 2) The defendant shall submit to random urine testing and monitoring as approved by the U.S. Probation Office and shall obtain substance abuse treatment and/or inpatient/outpatient counseling as approved by the U.S. Probation Office. The defendant shall pay some or all of the cost of substance abuse and/or mental health treatment on a pro rated basis as approved by the U.S. Probation Office; 3) The defendant shall receive educational and/or vocational training as approved by the U.S. Probation Office; 4) The defendant shall obtain and maintain full employment; 5) The defendant shall have no involvement with nor be in the presence of any gambling; and, 6) The defendant shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he be in the presence of any actual usage of, dealing in or distribution of drugs of any nature.

On April 16, 2007, Mr. Sanchez's term of supervised release was revoked and he was sentenced to 6 months' imprisonment with a 22 month term of supervised release to follow. On October 2, 2007, Mr. Sanchez was released from custody at which time his term of supervised release commenced and is scheduled to expire on August 2, 2009.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS

**Charge No. 1 - Mandatory Condition:** "The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons." Mr. Sanchez was released from custody on October 2, 2007. He did not report or contact the Probation Office until November 14, 2007.

**Charge No. 2- Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician." On November 14, 2007, Mr. Sanchez submitted a urine screen which subsequently tested positive for marijuana use.

**Charge No. 3 - Standard Condition No. 2:** "The defendant shall report to the probation officer as directed." On November 14, 2007, Mr. Sanchez was instructed to report to the Probation Office on a weekly basis, specifically, every Monday until otherwise directed. He reported on November 20th and November 26th and has not reported to the Probation Office since the aforementioned dates. Mr. Sanchez has not responded to subsequent written and telephone correspondence instructing him to contact the Probation Office.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Pedro Sanchez to appear before this Court at New Haven, Connecticut on January _16, 2008_, 2008 at _10 AM_ to show cause why supervision should not be revoked.

**ORDER OF COURT**                                                          Sworn to By _____

Considered and ordered this _9th_ day of January, 2008 and
ordered filed and made a part of the records in the above
case                                                                        _____
                                                                            Steven J. Lambert
_____                                              Senior United States Probation Officer
The Honorable Peter C. Dorsey
Senior United States District Judge                     Place   _New Haven, Conn._

                                                        Date    _January 9, 2008_

Before me, the Honorable Peter C. Dorsey, Senior United States District Judge, on this _9th_ day of January 2008 at New Haven, Connecticut, U.S. Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Peter C. Dorsey
Senior United States District Judge