HONORABLE: **Judge Donna F. Martinez**
DEPUTY CLERK: **Joanne Pesta**   RPTR/ERO/TAPE: **TAPE**
USPO **Otto Rothi**   INTERPRETER _____

TOTAL TIME: __ hours **23** minutes

DATE **May 28, 2008**   START TIME **3:07 p.m.**   END TIME **3:30 p.m.**

## COURTROOM MINUTES (check one box):

| | | | |
|---|---|---|---|
| ☐ IA-INITIAL APPEARANCE | ☐ BOND HEARING | ☐ CHANGE OF PLEA | ☐ IN CAMERA HEARING |
| ■ IA-REVOCATION | ☐ DETENTION HEARING | ☐ WAIVER/PLEA HEARING | ☐ COMPETENCY HEARING |
| ☐ IA-RULE 5 | ☐ PROBABLE CAUSE HRG | ☐ EXTRADITION HEARING | ☐ FORFEITURE HEARING |
| ☐ ARRAIGNMENT | ☐ CONFLICT HEARING | ☐ EVIDENTIARY HEARING | ☐ MISCELLANEOUS HRG |
| | | | ☐ STATUS CONFERENCE |

CR **3:03-cr-217(PCD)**   DEFT # _____

UNITED STATES OF AMERICA      **Brian Leaming**, AUSA
vs

**PEDRO SANCHEZ**      **Richard Cramer-CJA**   (C) ☐
Counsel for Defendant Ret - (R), CJA - (C), PDA - (P)

==========================================================

☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant - ☐ Granted ☐ Denied ☐ Bond FORFEITED
■ ....... Arrest date (CT case): **5/28/08** ; ☐ case unsealed or ☐ Rule 5 arrest, ___ Dist of _____
☐ ....... CJA 23 Financial Affidavit filed ☐ under seal
☐ ....... Order appointing Federal Public Defender's Office filed
■ ....... Court appoints Atty. **Richard Cramer** to represent deft for ☐ this proceeding only ■ all proceedings
☐ ....... Appearance of _____ filed
☐ ....... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ ....... ☐ Information/Misdeameanor filed ☐ Sealed Information filed
☐ ....... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ ....... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ....... Plea Agreement Letter filed ☐ under seal; ☐ Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
☐ ....... Counts _____ of the _____ (indictment, superseding indictment, information, etc.)
☐ ....... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere
☐ ....... Petition to Enter Guilty Plea filed
☐ ....... Deft motions due _____; Govt. responses due _____
☐ ....... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ....... Hearing on Pending Motions scheduled for _____ at _____
☐ ....... Jury Selection set for _____ at _____
☐ ....... Remaining count(s) to be dismissed at sentencing
☐ ....... Sentencing set for _____ at _____
■ ....... Govt's Motion for Pretrial Detention filed ■ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ....... Govt's oral Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ....... Order of Detention filed
☐ ....... Deft ordered removed/committed to originating/another District of _____
☐ ....... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ....... Waiver of Rule 5 Hearing filed
☐ ....... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ....... Bond ☐ set at $ _____ ☐ reduced to $ _____ ☐ Non-surety ☐ Surety ☐ PR
☐ ....... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
■ ....... Defendant detained
■ ....... **Revocation Hrg** ■ set for **June 4, 2008 at 11:00 with PCD & Probable Cause Hrg on 6/2/08 at 2:00 with DFM**
☐ ....... Set Attorney Flag ☐ SEE reverse for ☐ conditions of bond ☐ additional proceedings

**CONDITIONS OF BOND**

☐ ..... Travel restricted to Connecticut or extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____.

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from any use or unlawful possession, or distribution of a narcotic drug.

☐ ..... _____
_____
_____
_____

**ADDITIONAL PROCEEDINGS**

| | | | | |
|---|---|---|---|---|
| ☐ . | Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . | Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . | Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . | Deft's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . | Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . | Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . | Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . | Govt's oral motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ___ | Deft _____ motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ___ | Deft _____ motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ___ | Govt's motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # ___ | Govt's motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....... | _____ | ☐ filed ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....... | _____ | ☐ filed ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....... | _____ | ☐ filed ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....... | _____ | ☐ filed ☐ granted | ☐ denied | ☐ advisement |

Case 3:03-cr-00217-PCD    Document 43    Filed 05/28/2008    Page 2 of 2