Criminal (12-15-07)

HONORABLE: **Judge Donna F. Martinez**
DEPUTY CLERK: **Joanne Pesta**  RPTR/ERO/TAPE: **Flazarrano Court Reporters- RPTR**
USPO **11:04 a.m.**         INTERPRETER **11:32 a.m.**

TOTAL TIME: ___ hours **28** minutes

DATE **June 3, 2008**     START TIME _____     END TIME _____

**COURTROOM MINUTES** (check one box):

| | | | |
|---|---|---|---|
| ☐ IA-INITIAL APPEARANCE | ☐ BOND HEARING | ☐ CHANGE OF PLEA | ☐ IN CAMERA HEARING |
| ☐ IA-REVOCATION | ☐ DETENTION HEARING | ☐ WAIVER/PLEA HEARING | ☐ COMPETENCY HEARING |
| ☐ IA-RULE 5 | ☒ PROBABLE CAUSE HRG | ☐ EXTRADITION HEARING | ☐ FORFEITURE HEARING |
| ☐ ARRAIGNMENT _____ | ☐ CONFLICT HEARING____ | ☐ EVIDENTIARY HEARING | ☐ MISCELLANEOUS HRG |
| | | | ☐ STATUS CONFERENCE |

CR **3:03-cr-217(PCD)**  DEFT # _____

UNITED STATES OF AMERICA                §           **Brian Leaming**_____, AUSA
        vs                              §
                                        §
**Pedro Sanchez**_____        §           **Richard Cramer**_____ **(C)** ☐
                                                    Counsel for Defendant  Ret - (R), CJA - (C), PDA - (P)

====================================================================

☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant - ☐ Granted  ☐ Denied  ☐ Bond FORFEITED
☐ ....... ☐ Arrest date (CT case): _____; ☐ case unsealed or ☐ Rule 5 arrest, ___ Dist of _____
☐ ....... CJA 23 Financial Affidavit filed ☐ under seal
☐ ....... Order appointing Federal Public Defender's Office filed
☐ ....... Court appoints Atty. _____ to represent deft for ☐ this proceeding only ☐ all proceedings
☐ ....... Appearance of _____ filed
☐ ....... ☐ Complaint filed  ☐ Sealed Complaint filed  ☐ Affidavit of _____ filed
☐ ....... ☐ Information/Misdeameanor filed  ☐ Sealed Information filed
☐ ....... ☐ Waiver of Indictment (case opening) filed  ☐ Felony Information filed
☐ ....... ☐ Waiver of Indictment (mid case) filed  ☐ Superseding Information filed
☐ ....... Plea Agreement Letter filed ☐ under seal; ☐ Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
☐ ....... Counts _____ of the _____ (indictment, superseding indictment, information, etc.)
☐ ....... Plea of ☐ not guilty  ☐ guilty  ☐ nolo contendere
☐ ....... Petition to Enter Guilty Plea filed
☐ ....... Deft motions due _____; Govt. responses due _____
☐ ....... Scheduling Order ☐ filed  ☐ to be filed  ☐ Sentencing Scheduling Order
☐ ....... Hearing on Pending Motions scheduled for _____ at _____
☐ ....... Jury Selection set for _____ at _____
☐ ....... Remaining count(s) to be dismissed at sentencing
☐ ....... Sentencing set for _____ at _____
☐ ....... Govt's Motion for Pretrial Detention filed  ☐ GRANTED  ☐ DENIED  ☐ ADVISEMENT
☐ ....... Govt's oral Motion for Pretrial Detention  ☐ GRANTED  ☐ DENIED  ☐ ADVISEMENT
☐ ....... Order of Detention filed
☐ ....... Deft ordered removed/committed to originating/another District of _____
☐ ....... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed  ☐ to be filed
☐ ....... Waiver of Rule 5 Hearing filed
☐ ....... Govt's Motion for waiver of 10-day notice  ☐ GRANTED  ☐ DENIED  ☐ ADVISEMENT
☐ ....... Bond ☐ set at $_____  ☐ reduced to $_____  ☐ Non-surety  ☐ Surety  ☐ PR
☐ ....... Bond ☐ revoked  ☐ reinstated  ☐ continued  ☐ modified
☒ ....... Defendant detained
☐ ....... Hearing ☐ waived  ☐ set for _____  ☐ continued until _____
☐ ....... Set Attorney Flag  ☐ SEE reverse for ☐ conditions of bond  ☐ additional proceedings

**CONDITIONS OF BOND**

☐ . . . . . Travel restricted to Connecticut or extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed
and approved by the Court.

☐ . . . . . Deft must reside at _____.

☐ . . . . . Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion

☐ . . . . . Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ must not apply for a passport.

☐ . . . . . Deft must refrain from the possession of firearms or dangerous weapons.

☐ . . . . . Deft must maintain employment or actively seek employment.

☐ . . . . . Deft must refrain from any use or unlawful possession, or distribution of a narcotic drug.

☐ . . . . . _____
_____
_____
_____
_____

**ADDITIONAL PROCEEDINGS**

☐ . Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . . # ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . . # ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . . # ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . . # ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☐ . . . . . . . _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ . . . . . . . _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ . . . . . . . _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ . . . . . . . _____ ☐ filed ☐ granted ☐ denied ☐ advisement