AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES

V.

PEDRO SANCHEZ

**EXHIBIT AND WITNESS LIST**

Case Number: 3:03cr217(PCD)

| PRESIDING JUDGE<br>DONNA F. MARTINEZ | PLAINTIFF'S ATTORNEY<br>BRIAN LEAMING | DEFENDANT'S ATTORNEY<br>RICHARD CRAMER |
|---|---|---|
| TRIAL DATE (S)<br>JUNE 3, 2008 | COURT REPORTER<br>FALZARRANO COURT RPTRS | COURTROOM DEPUTY<br>JOANNE PESTA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/3/08 | | | WITNESS, STEVE LAMBERT, PROBATION OFFICER |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages